**KLEIN THOMAS LEE & FRESARD**
Gregory P. Gilmer (SBN: 212067)
Email: greg.gilmer@kleinthomaslaw.com
Kristyn Wong (SBN: 346644)
Email: kristyn.wong@kleinthomaslaw.com
1920 Main Street, Suite 230
Irvine, CA 92614
Office: (949) 676-4570

Thomas L. Azar, Jr. (*pro hac vice*)
Email: tom.azar@kleinthomaslaw.com
Sarah Molina (*pro hac vice*)
Email: sarah.molina@kleinthomaslaw.com
100 N. Broadway, Suite 1600
St. Louis, MO 63102
Office: (314) 888-2970

Attorneys for Defendant SACRAMENTO CDJR, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO CDJR LLC, a California entity, d/b/a WWW.SACSUPERSTORE.COM,<br><br>Defendant. | **CASE NO.: 2:25-cv-08089 DMG (Ex)**<br><br>*Assigned to: Dolly M. Gee*<br>*Magistrate Judge: Charles F. Eick*<br><br>**SACRAMENTO CDJR LLC's RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF #25)**<br><br>Action Filed: July 15, 2025<br><br>Date: January 9, 2026<br>Time: 9:30 a.m. *(decision without oral argument per ECF # 21)*<br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee |

/ / /

/ / /

/ / /

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiff submits eight cases as supplemental authority in opposition to Defendant Sacramento CDJR's motion to compel arbitration or dismiss. *See* ECF #25. None addresses arbitration or actually supports Plaintiff's claims under the federal Wiretap Act (Count I), California's "trap and trace" law (Count II), or intrusion upon seclusion (Count III).

<u>Federal Wiretap Act</u> – The only new case where the plaintiff sued a website operator like Sacramento CDJR was dismissed because, like here, the website owner was a party to the communication, and the Act does not apply when a party to the communication consents. *See Doe v. Talkiatry Mngt. Servs.*, LLC, 2026 WL 206483, at **1-3 (C.D.Cal. 2026). Plaintiff's other new cases either did not involve this statute at all, or only involved claims against third-parties (not the website operators) and the "party to the communication" defense did not apply. *See*, *e.g.*, *Krzyzek v. OpenX Technologies, Inc.*, 2026 WL 206855, *7 (N.D.Cal. 2026) (defendant was data broker); *Semien v. Pubmatic Inc.*, 2026 WL 216333, **1, 9-10 (N.D.Cal. 2026) (same); *Gilligan v. Experian Data Corp.*, 2026 WL 32259, **1-2 (N.D.Cal. 2026) (defendants were third-party pixel companies).

<u>"Trap and Trace" Claim</u> – Plaintiff's only case with a claim for violation of California's Trap and Trace Law did not address any of the arguments Defendant Sacramento CDJR raises here (*e.g.*, the statute excludes devices which can capture "contents," whether one can "tap" their own line, *etc.*). *See Hassid v. Alex and Ani, LLC*, 2026 WL 160535, at *6 (C.D. Cal. Jan. 20, 2026).

<u>Intrusion Upon Seclusion</u> – None of Plaintiff's new cases suggest a "tester" like Plaintiff who actively seeks out privacy invasions has a reasonable expectation of privacy when visiting a website. The cases Plaintiff cites fall into three categories, none with allegations similar to those here:

- Cases where the plaintiff opted out of cookies yet cookies were placed on their device anyway (something Plaintiff does not allege here): *Shah*

*v. Politico LLC*, 2026 WL 323269, *5 (N.D.Cal. 2026); *Shah v. Myfitnesspal, Inc.*, 2026 WL 216334, **4-8 (N.D.Cal. 2026); *de Ayora v. Inspire Brands, Inc.*, 2025 WL 3707561, *5 (N.D.Cal. 2025).

- Cases against third parties (not the website owner) who were present on another's website and then sold the information: *Krzyzek*, 2026 WL 206855, at *1; *Semien*, 2026 WL 216333, at *1; *Gilligan*, 2026 WL 32259, at *1.
- Cases that either did not have an intrusion upon seclusion claim or the defendant did not move to dismiss that claim. *See, e.g.*, *Hassid,* 2026 WL 160535, at *6; *Doe*, 2026 WL 206483, at *1 fn.1.

Sacramento CDJR respectfully submits that none of the cases Plaintiff submitted as supplemental authority cannot help Plaintiff avoid arbitration, or in the alternative, dismissal.

DATED: February 20, 2026 KLEIN THOMAS LEE & FRESARD

By: /s/ *Thomas L. Azar*
Gregory P. Gilmer
Kristyn Wong
Thomas L. Azar, *pro hac vice*
Sarah K. Molina, *pro hac vice*
Attorneys for Defendant
SACRAMENTO CDJR, LLC

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on **February 20, 2026**, a true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF #25)** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

Scott J. Ferrell, Esq.
Victoria C. Knowles, Esq.
PACIFIC TRIAL ATTORNEYS
A Professional Corporation
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660

Attorneys for Plaintiff
REBEKA RODRIGUEZ

Tel: (949) 706-6464
Fax: (949) 706-6469
Email: sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

/s/ *Thomas L. Azar*
Thomas L. Azar