Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
PACIFIC TRIAL ATTORNEYS, APC
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SACRAMENTO CDJR LLC, a California limited liability company, d/b/a WWW.SACSUPERSTORE.COM,

Defendant.

Case No. 2:25-cv-08089-DMG-E

**NOTICE OF SETTLEMENT [L.R. 40-2]**

Filed: July 15, 2025
Removed: August 27, 2025
Trial Date: None Set

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD: PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: September 10, 2026

PACIFIC TRIAL ATTORNEYS

By: *<u>/s/ Scott J. Ferrell</u>*
Scott J. Ferrell
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.