**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CDJR LLC, a California limited liability company, d/b/a WWW.SACSUPERSTORE.COM,<br><br>Defendant. | Case No. CV 25-8089-DMG (Ex)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION [34]** |

Having read and considered the Parties' Joint Stipulation for Dismissal of Entire Action, filed October 27, 2026 [Doc. # 34], and finding good cause therefor, the Court **APPROVES** the Stipulation and, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), **DISMISSES** Plaintiff's individual claims **WITH PREJUDICE**, and **DISMISSES** the claims of the putative class **WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 28, 2026

Dolly M. Gee
DOLLY M. GEE
Chief United States District Judge